54 So.2d 789

## ALABAMA POWER CO. v. DIRECTOR OF INDUSTRIAL RELATIONS.

6 Div. 353.

Supreme Court of Alabama.

Nov. 1, 1951.

J. Eugene Foster and Otis J. Goodwyn, Montgomery, for petitioner.

McQueen & McQueen and John D. McQueen, Jr., all of Tuscaloosa, and Martin, Turner, Blakey & Bouldin and Alvin W. Vogtle, Jr., all of Birmingham, opposed.

STAKELEY, Justice.

Petition of Joe L. Coleman, as Director of the Department of Industrial Relations, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Alabama Power Co. v. Director of Industrial Relations, 54 So.2d 786.

Writ denied.

LIVINGSTON, C. J., and BROWN and FOSTER, JJ., concur.